UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

| | |
|---|---|
| INTELLIGENTZ CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br><br>AVNET, INC., an Arizona Corporation d/b/a AVNET ELECTRONICS MARKETING in California, and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION. | **CASE NO.: SACV10-01238 JVS (VBKx)**<br>Assigned to: Hon. James V. Selna<br>**JUDGMENT**<br><br>*Stipulation Submitted Concurrently Herewith*<br><br>Complaint Filed:            July 7, 2010<br>Notice of Removal Filed: August 13, 2010<br>Trial Date:                   November 15, 2011 |

1	Pursuant to a Stipulation entered into between Plaintiff and Cross-Defendant
2	Intelligentz Corporation ("Intelligentz") and Defendant and Counter-Claimant Avnet,
3	Inc., a New York corporation ("Avnet"), providing for the entry of judgment according
4	to the terms of the Stipulation.

6	IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in
7	favor of Defendant and Counter-Claimant Avnet and against Plaintiff and Cross-
8	Defendant Intelligentz in the sum of $90.494.16, together with interest accruing from
9	June 1, 2011, at the rate of 10 percent (10%) per annum, plus any reasonable attorneys'
10	fees and costs incurred by Avnet in enforcing this Judgment.

12	Dated: July 07, 2011         _____
13	                             United States District Court Judge